UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC FRANKLIN,<br><br>    Defendant. | CASE NO. CR11-5335BHS<br><br>ORDER |

This matter came before the Court on May 10, 2012, for a hearing on Defendant Eric Franklin's ("Franklin") fifth motion to continue the trial date in this case. The Court, having considered the motion, the affidavits of defense counsel in support of the motion, Franklin's speedy trial waiver, the government's response in opposition and the oral arguments of counsel, denies the motion for the following reasons:

1. Defense counsel was appointed on March 27, 2012, and has continuously represented Franklin since that time.

2. Franklin was indicted on June 30, 2011, and since that time has been granted four unopposed continuances of the trial date.

3. The defense sought a continuance citing Defendant's need to obtain and review additional discovery as to the "key witness". All discovery has been provided, according to the government.

4. The defense has failed to demonstrate further a need for a continuance, and there is no apparent harm to the Defendant to proceed to trial.

5. There is no evidence that defense counsel has not been diligent in readying the defense.

NOW, THEREFORE, IT IS HEREBY ORDERED that Franklin's fifth motion to continue the trial date is DENIED. Pretrial conference and a hearing on Franklin's Motion to Suppress Evidence and Dismiss the Case is set for May 21, 2012, at 1:30 p.m. Trial will commence on May 29, 2012, at 9:00 a.m.

Dated this 10th day of May, 2012.

BENJAMIN H. SETTLE
United States District Judge