HON. JUDGE BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR11-5335 BHS |
| Plaintiff, | **ORDER OF CONTINUANCE OF PRE-TRIAL MOTION CUT-OFF DATE** |
| v. | |
| ERIC QUINN FRANKLIN, | |
| Defendant. | |

This matter having been brought before the Court on Defendant Franklin's Agreed Motion by and through his attorney of record, Steven J. Krupa, this Court **HEREBY ORDERS** that the pre-trial motions cutoff date be continued from January 30th 2013 until February 21st 2013.

**DATED** this 29th day of January, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER FOR CONTINUANCE
OF PTM CUTOFF - 1

LAW OFFICES OF KRUPA & CLARK
705 S. 9TH ST., STE. 202
TACOMA, WA 98405
(253) 573-1000
FACSIMILE (253) 428-0330